# Court of Appeals
# of the State of Georgia

ATLANTA,  December 28, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0543.   GREGORY MCGRADY v. GREGORY MCLAUGHLIN, WARDEN.**

In this habeas action alleging ineffective assistance of counsel, the trial court entered an order granting the Warden's motion to disqualify the petitioner's counsel and disallowing the amended petition for writ of habeas corpus. The petitioner then filed a direct appeal to this Court. However, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4). This appeal is therefore TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/28/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*